

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-11-00224-CR
_____

WADE HUNNICUTT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Titus County, Texas
Trial Court No. 24884

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Wade Hunnicutt, appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Hunnicutt and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:    June 12, 2012
Date Decided:    June 13, 2012

Do Not Publish